| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
November 28, 2016
David J. Bradley, Clerk

Amber Grant, *et al.*, §
§
     Plaintiffs, §
§
*versus* §   Civil Action H-16-3246
§
Metropolitan Lloyds Insurance §
Company of Texas, *et al.*, §
§
     Defendants. §

## Management Order

1. Amber Grant's motion to remand is denied. (7)

2. Metropolitan Lloyds Insurance Company of Texas will give Grant a copy of its most recent inspection report.

3. By January 6, 2017, the parties will notify the court whether they are prepared to mediate, and if they have selected a mediator.

Signed on November 28, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge