UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMBER GRANT AND<br>KARA GRANT<br><br>Plaintiffs,<br><br>vs.<br><br>METROPOLITAN LLOYDS INSURANCE<br>COMPANY OF TEXAS AND<br>TODD DWAYNE BILBREY<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:16-cv-3246<br><br><br>**(JURY)** |

## JOINT AGREEMENT FOR MEDIATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Amber Grant and Kara Grant, Plaintiffs, and Metropolitan Lloyds Insurance Company of Texas, Defendants, and pursuant to the Court's Management Order dated November 28, 2016, hereby advise the Court that the parties are prepared to mediate and have selected the following mediator:

Jeffry S. Abrams

3203 Mercer Street, Suite 200

Houston, Texas 77027

713-522-7433

Mediator7@aol.com

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ARGUELLO LAW FIRM | STACY | CONDER | ALLEN LLP |
| By: *Philip Broderick* (signature)<br>Philip Broderick<br>State Bar No. 24094561 | By: *Dennis D. Conder* (signature)<br>Dennis D. Conder<br>State Bar No. 04656400 |
| 1110 Nasa Parkway, Suite 620<br>Houston, TX 77058<br>281-884-3960 Ph.<br>281-884-3961 Fax<br>philip@simplyjustice.com | 901 Main Street, Suite 6200<br>Dallas, Texas 75202<br>(214) 748-5000<br>(214) 748-1421 FAX<br>conder@stacyconder.com |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |

PAN-PLDG/578839.1/001466.16927