| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas

**ENTERED**

March 15, 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| Amber Grant, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-16-3246 |
| | § | |
| Metropolitan Lloyds Insurance | § | |
| Company of Texas, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

Signed on March 15, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge